IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 17-sw-05265-CBS

IN THE MATTER OF THE SEARCH OF
(1) SAMSUNG SMART PHONE, MODEL SM-J700T1, IMEI 357217072152530; AND
(2) LG SMART PHONE, MODEL LGMS330, IMEI 357885074080717,
BOTH HELD IN EVIDENCE AND ASSOCIATED WITH FBI DENVER DIVISION, CURRENTLY STORED IN EVIDENCE AT THE FBI FORT COLLINS RESIDENT AGENCY

---

**GOVERNMENT'S MOTION TO RESTRICT CASE**

---

The United States of America, by and through Acting United States Attorney, Robert C. Troyer, for the District of Colorado, and the undersigned Assistant United States Attorney, moves for an Order restricting this case. This case has been filed as part of a continuing investigation, and this motion is necessary to maintain secrecy based on concerns of flight from prosecution and other obstructive conduct.

WHEREFORE, the Government respectfully requests the entry of an Order restricting this case as to all parties with the exception of the United States Attorney's Office and members of law enforcement until further Order of the Court.

Respectfully submitted this 3rd day of March, 2017.

ROBERT C. TROYER
Acting United States Attorney

By: *s/ Julia Martinez*

JULIA MARTINEZ
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO. 80202
Phone: (303) 454-0100 Fax: (303) 454-0401
E-mail: Julia.Martinez@usdoj.gov