UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case Number: 17-sw-05265-CBS

IN THE MATTER OF THE SEARCH OF
(1) HP Model 2000-2c23dx Laptop Computer, Serial Number: 5CG310270H;
(2) LG Model MS450 Cellular Telephone, Serial Number: 503CYZP717277; and
(3) Emtec, Green 16 Gigabyte Thumb Drive, all held in evidence and associated with FBI case 174A-DN-2135439, currently stored in the Denver, Colorado FBI Evidence Room

***FILED UNDER RESTRICTION***

---

**ORDER TO UN-RESTRICT CASE [DOCKET NO. 7]**

---

The Court has for consideration the Government's Motion to Un-Restrict wherein the Government asks this Court to un-restrict the above referenced case. Upon consideration,

IT IS ORDERED that the above referenced case is hereby Un-Restricted.

IT IS SO ORDERED on this 30th day of March, 2017.

BY THE COURT:

*s/ Craig B. Shaffer*
CRAIG B. SHAFFER
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO